SHERRY RADACK
 CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
RUSSELL LLOYD
 JUSTICES



# Court of Appeals
# First District of Texas
### 301 Fannin Street
### Houston, Texas 77002-2066

CHRISTOPHER A. PRINE
 CLERK OF THE COURT

JANET WILLIAMS
 CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX:    713-755-8131

www.txcourts.gov/1stcoa.aspx

March 17, 2015

Khristel L. Samarripa
Admin. Asst. II
Office of the Attorney General
Criminal Appeals Division
William P. Clements Bldg. 8th Floor
300w. 15th Street
Austin, Texas 78701
khristel.samarripa@texasattorneygeneral.gov
(512) 475-3321

**RE:    Court of Appeals Number:** 01-11-00084-CR    **Trial Court Case Number:** 1258695

**Style:** Victor Anthony Charles v. The State of Texas

We are forwarding the records for the above referenced cause via the FTP site.

Sincerely,

Christopher A. Prine, Clerk of the Court

By Jesse Rodriguez, Deputy Clerk IV